AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

__SOUTHERN__                    DISTRICT OF                    __TEXAS__
McALLEN DIVISION

UNITED STATES OF AMERICA
v.
Jose Tony Canales-Velasquez

AKA: Marvin Ybarra

IAE    YOB:    1981
Honduras
(Name and Address of Defendant)

United States District Court
Southern District of Texas
FILED

MAR 18 2021

Nathan Ochsner, Clerk

CRIMINAL COMPLAINT

Case Number: M-21-0575-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __March 17, 2021__ in __Starr__ County, in the __Southern__ District of __Texas__

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Honduras in pursuance of law, and thereafter was found near Fronton, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)
I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

Jose Tony Canales-Velasquez was encountered by Border Patrol Agents near Fronton, Texas on March 17, 2021. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on March 17, 2021, near Roma, Texas. Record checks revealed the defendant was formally Deported/Excluded from the United States on May 28, 2004, through San Antonio, Texas. Prior to Deportation/Exclusion the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On October 3, 2003, the defendant was convicted of indecency with a child, sexual contact and sentenced to five (5) years probation.

Continued on the attached sheet and made a part of this complaint:    ☐ Yes  ☒ No

Complaint authorized by AUSA Matthew Redavid
Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

March 18, 2021    8:09am

/S/ Mickel Gonzalez
Signature of Complainant

Mickel Gonzalez    Border Patrol Agent

__Nadia S. Medrano__, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

